IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., <br><br>　　　　Plaintiff(s), <br><br>　vs. <br><br>FALORE'S SUNNYVALE JEEP/EAGLE, et al., <br><br>　　　　Defendant(s). _____/ | No. C 05-5106 MEJ <br><br>**ORDER VACATING APRIL 13, 2006 CASE MANAGEMENT CONFERENCE** |

On April 6, 2006, the plaintiffs in the above-captioned matter filed a Motion for Entry of Default. Accordingly, the Court hereby VACATES the April 13, 2006 Case Management Conference scheduled in this matter. If the Clerk of Court enters default against the defendants, the plaintiffs shall file a motion for default judgment.

**IT IS SO ORDERED.**

Dated: April 10, 2006

　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge