```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FALORE'S SUNNYVALE JEEP/EAGLE, et al.<br><br>　　　　　Defendant. | NO. C 05 5106 PJH<br><br>NOTICE OF<br>VOLUNTARY DISMISSAL |

　　　　Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for August 31, 2006 at 2:30 p.m. in Courtroom No. 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:   August 31, 2006　　　　ERSKINE & TULLEY

8/31/06

　　　　　　　　　　　　　　By:　/s/ Michael J. Carroll
　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

NOTICE OF VOLUNTARY DISMISSAL

1                     <u>PROOF OF SERVICE BY MAIL</u>

2  I am a citizen of the United States and employed in the City and

3  County of San Francisco, California.  I am over the age of eighteen

4  years and not a party to the within above entitled action; my

5  business address is 220 Montgomery Street, Suite 303, San

6  Francisco, California 94104.  On August 31, 2006 I served the

7  within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said

8  action, by placing a true copy thereof enclosed in a sealed

9  envelope with postage thereon fully prepaid, in the United States

10  post office mail box at San Francisco, California, addressed as

11  follows:

12  William F. Ghiringhelli
Law Offices of William F. Ghiringhelli
13  Balentine Drive
Newark, CA 94560

14  I, SHARON EASTMAN, certify (or declare), under penalty of perjury

15  that the foregoing is true and correct.

16  Executed on August 31, 2006 at San Francisco, California.

17

18

19                               <u>/s/Sharon Eastman</u>
                              Sharon Eastman

28                    <u>NOTICE OF VOLUNTARY DISMISSAL</u>